■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD CHARLES, Appellant. [858 NYS2d 909]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 16, 1998 (*People v Charles*, 256 AD2d 472 [1998]), affirming two judgments of the Supreme Court, Kings County, both rendered September 29, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Spolzino and Florio, JJ., concur.